170 A.3d 299

**STAMPS, Rupert**

v.

**STATE of Maryland**

**Pet. Docket No. 203, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1164, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 299

**STEVENSON, Korey**

v.

**STATE of Maryland**

**Pet. Docket No. 226, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Application for leave to appeal dismissed by the Court of Special Appeals (No. 866, Sept.Term, 2016).

Petition for writ of certiorari dismissed